435 A.2d 1307

Commonwealth v. Tancini, Appellant.

Submitted December 5, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

435 A.2d 1307

Commonwealth v. Upsher, Appellant.

Petition for Allowance of Appeal Denied Nov. 17, 1981.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.